In the Interest of J.J.W., Z.I.W., I.E.C., Plaintiffs,

Juvenile Officer, Respondent,

v.

K.D.W.C. (Mother), Appellant,

J.N.C., (Father), Defendant.

No. WD 58881.

Missouri Court of Appeals,
Western District.

Sept. 4, 2001.

Christena Lynn Nelson, Hallsville, MO, for appellant.

Melissa McAllister, Columbia, MO, for respondent.

Jeffrey Hyatt Blaylock, Columbia, MO, for plaintiff.

Before ROBERT G. ULRICH, Presiding Judge, PATRICIA BRECKENRIDGE and JOSEPH M. ELLIS, Judges.

**ORDER**

PER CURIAM:

Kimberly Walters Curry ("Mother") appeals from three judgments entered by the Circuit Court of Boone County terminating her parental rights to her three children, J.W., Z.W., and I.C. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).

Karen R. HENDERSON, Respondent,

v.

Russell B. MARTIN, Appellant.

No. WD 58638.

Missouri Court of Appeals,
Western District.

Submitted July 10, 2001.

Decided Sept. 4, 2001.

Karen R. Henderson, pro se.

James C. Thompson, Richmond, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM:

Russell B. Martin appeals the judgment in his dissolution case, contending the trial court erred in denying his motion for writ of *habeas corpus ad testificandum,* denying his motion for attorney's fees *pendente lite,* failing to timely rule on his motions, and failing to recuse himself.

Having considered the arguments, and finding that Martin has demonstrated no basis for granting relief, we affirm the judgment by summary order. A formal opinion would have no jurisprudential value. A memorandum is furnished to the parties explaining the basis of our decision. Judgment is affirmed. Rule 84.16(b).